IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMARA HEARD**                                                                                                       **PLAINTIFF**

v.                                  **CASE NO. 4:25-CV-00190-BSM**

**NORTH LITTLE ROCK SCHOOL DISTRICT**                                    **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April, 2025.

 

_____
UNITED STATES DISTRICT JUDGE